UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM TIPPIT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. 22-cv-01733-JSC<br><br>**PRETRIAL ORDER NO. 1**<br><br>Re: Dkt. No. 16 |

Upon review of the parties' joint case management conference statement (Dkt. No. 16), the initial case management conference scheduled for July 7, 2022 is VACATED. In line with the parties' proposal, the Court issues the following scheduling order:

| | |
|---|---|
| Deadline to Produce Administrative Record: | July 29, 2022 |
| Deadline to Move to Amend: | August 31, 2022 |
| Deadline for Completion of Mediation: | October 7, 2022 |
| Other Motion Deadline: | December 1, 2022 |
| Last Day to File Discovery Dispute Letters: | December 12, 2022 |
| Deadline to Complete Discovery: | December 29, 2022 |
| Plaintiff's Opening Rule 52 Brief: | February 23, 2023 |
| Defendant's Opening/Oppo Rule 52 Brief: | March 16, 2023 |
| Plaintiff's Reply/Opposition Brief: | March 30, 2023 |
| Defendant's Reply/Opposition Brief: | April 6, 2023 |
| Rule 52 Hearing: | April 27, 2023 at 10:00 a.m. |

The parties are referred to the Court's ADR program for a mediation to occur by October 7, 2022.

**IT IS SO ORDERED.**

Dated: June 30, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge